■ The People of the State of New York, Respondent, v Joseph A. Gadziala, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed. Same Memorandum as in *People v Gadziala* ([appeal No. 1] 186 AD2d 1055 [decided herewith]). (Appeal from Judgment of Oneida County Court, Buckley, J.— Robbery, 3rd Degree.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.

■ The People of the State of New York, Respondent, v Angela Williams, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for appellate review her allegation of prosecutorial misconduct on summation. We reject defendant's further arguments that the evidence was insufficient to show that defendant acted in concert with the codefendants so as to aggregate the value of the stolen items and that the court erred in admitting the stolen items into evidence. (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Grand Larceny, 4th Degree.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.

■ The People of the State of New York, Respondent, v Calvin Silmon, Appellant.—Appeal from adjudication insofar as it imposes sentence of incarceration unanimously dismissed as moot and otherwise adjudication affirmed. Memorandum: On appeal from an adjudication convicting him, upon a plea of guilty, of petit larceny, defendant argues that his waiver of his right to appeal was invalid. We agree that defendant's waiver of his right to appeal was not knowingly, voluntarily and intelligently made *(see, People v Seaberg,* 74 NY2d 1, 11). Defendant's argument on appeal that his sentence of incarceration was harsh and excessive is moot, however, because that sentence has now been served. We have examined defendant's remaining argument on appeal and find it to be without merit. (Appeal from Adjudication of Erie County Court, LaMendola, J.—Youthful Offender.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.